IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES S. PAVLICHKO, SR., <u>ET</u> <u>AL</u>. | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| GLEN MILLS SCHOOL, <u>ET</u> <u>AL</u>. | : NO.  02-2889 |

<u>O</u> <u>R</u> <u>D</u> <u>E</u> <u>R</u>

**AND NOW**, this 16th day of October, 2002, the complaint in this action having been dismissed by order of October 1, 2002, entered October 2, 2002 and the plaintiff having filed an amended civil rights complaint on October 11, 2002, **IT IS HEREBY ORDERED** that the amended civil rights complaint is **DISMISSED WITHOUT PREJUDICE** as moot.

_____

William H. Yohn, Jr., Judge