IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES S. PAVLICHKO, SR., ET AL. | : | CIVIL ACTION |
| vs. | : | NO. 02-2889 |
| GLEN MILLS SCHOOL, ET AL. | : | |
| | : | |

**ORDER**

      AND NOW, this        day of           2002, <u>KATHLEEN LAUBENSTEIN and MATTHEW HAMERMESH</u>, Esquires are hereby appointed for the purpose of representing the plaintiff in the above captioned case.

      This appointment is to remain in effect until the final determination of this case unless, prior thereto, it is amended or revoked by Order of Court.

BY THE COURT:

_____
WILLIAM H. YOHN, J.