IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES S. PAVLICHKO, SR., ET AL. | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| GLEN MILLS SCHOOL, ET AL. | : NO. 02-2889 |

O R D E R

**AND NOW**, this 26th day of November, 2002, upon consideration of plaintiff's motion to vacate judgment under Federal Rule of Civil Procedure 60 and defendants' response thereto, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and this court's order dated October 1, 2002, entered October 2, 2002, granting defendants' motion to dismiss the complaint is hereby **VACATED**.

**IT IS FURTHER ORDERED** that defendants shall within ten days of the date of this order serve a copy of their motion to dismiss the complaint upon plaintiffs.

**IT IS FURTHER ORDERED** that plaintiffs shall within thirty days of the date of this order file and serve a response to the motion to dismiss.

William H. Yohn, Jr., Judge