IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES S. PAVLICHKO, SR., ET AL. | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| GLEN MILLS SCHOOL, ET AL. | : NO. 02-2889 |

**O R D E R**

**AND NOW**, this 24th day of March, 2003, the parties having advised the court that they elect to proceed before a Magistrate Judge, **IT IS HEREBY ORDERED** that the above matter is referred to Magistrate Judge Charles B. Smith for any and all further proceedings in the case, including but not limited to, the trial of the case, and order the entry of final judgment.

The parties are directed to contact Judge Smith directly (Room 4617 U.S. Courthouse, 601 Market St., Phila., PA 19106, (215-597-0421)) in order to arrange a trial date and any pretrial conferences that may be necessary.

The parties are directed to execute the standard Consent to Proceed before a United States Magistrate Judge and file the same with the clerk within ten (10) days of the date of this order.

_____
William H. Yohn, Jr., Judge