IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES S. PAVLICHKO, SR., <br> as guardian ad litem for <br> minor child, <br> JAMES S. PAVLICHKO, JR., <br>         Plaintiff | : <br> : <br> : <br> : <br> : <br> : | NO. 2:02-cv-2889-WY |
|     VS. | : <br> : | |
| GLEN MILLS SCHOOL, <br> COSIMO D. FERRAINOLA, DIRECTOR, <br> LARRY LAURENCE, COUNSELOR, <br> GREG FRAZIER, STAFF MEMBER, <br> JIM WELSH, STAFF MEMBER, <br> TODD DONAHUE, STAFF MEMBER, <br> T.J. GREEN, STAFF MEMBER, <br> MR. YANEZ, STAFF MEMBER, <br>         Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |

O R D E R

AND NOW, this 22nd day of April, 2003, it is hereby ORDERED that:

1. All discovery shall be completed by June 30, 2003.

2. Dispositive motions shall be filed by July 28, 2003, and responded to on or before August 11, 2003.

3. A settlement conference will be held in chambers, Room 3006, on Tuesday, August 19, 2003, at 10:00 a.m.

4. Pretrial Memoranda, Proposed Interrogatories to the Jury and Proposed Points for Charge shall be filed by September 5, 2003.

5. Jury selection is scheduled for Thursday, September 11, 2003, at 10:00 a.m.

6. Trial shall commence on Monday, September 15, 2003, at 9:30 a.m., in Courtroom 3D, third floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE

4/22/03 Copy via fax to:
Matthew A. Hamermesh, Esq.; Kathleen M. Laubenstein, Esq. (215-568-0300)
Edward M. Galang, Esquire (610-292-0410)