IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES S. PAVLICHKO, SR., as guardian ad litem for minor child, JAMES S. PAVLICHKO, JR., Plaintiff | : : : : : : | NO. 2:02-cv-2889-WY |
| VS. | : : | |
| GLEN MILLS SCHOOL, COSIMO D. FERRAINOLA, DIRECTOR, LARRY LAURENCE, COUNSELOR, GREG FRAZIER, STAFF MEMBER, JIM WELSH, STAFF MEMBER, TODD DONAHUE, STAFF MEMBER, T.J. GREEN, STAFF MEMBER, MR. YANEZ, STAFF MEMBER, Defendants | : : : : : : : : : | |

O R D E R

AND NOW, this 17th day of July, 2003, upon consideration of defendants' motion to extend deadlines, the plaintiff having no objection thereto, it is hereby ORDERED that:

1. All discovery shall be completed by July 30, 2003.

2. Dispositive motions shall be filed by August 25, 2003, and responded to on or before September 8, 2003.

3. A settlement conference will be held in chambers, Room 3006, on Tuesday, September 23, 2003, at 10:00 a.m.

4. Pretrial Memoranda, Proposed Interrogatories to the Jury and Proposed Points for Charge shall be filed by October 6, 2003.

5. Jury selection is scheduled for Thursday, October 9, 2003, at 10:00 a.m.

6. Trial shall commence on Tuesday, October 14, 2003, at 9:30 a.m., in Courtroom 3D, third floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

It is so ORDERED.

BY THE COURT:


_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE


7/17/03 Copy via fax to:
Matthew A. Hamermesh, Esq.; Kathleen M. Laubenstein, Esq. (215-568-0300)
Edward M. Galang, Esquire (610-292-0410)