**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

―――――――――――――――――――――――――

**JAMES S. PAVLICHKO, SR.**        **:**
           **Plaintiff,**        **:**
                             **:**
    **and**                   **:**
                             **:**
**JAMES S. PAVLICHKO, JR.,**     **:**
 **A Minor Child**           **:**     **CIVIL ACTION #:  02-cv-02889**
           **Plaintiff,**        **:**
                             **:**
    **vs.**                   **:**
                             **:**
**GLEN MILLS SCHOOL, *et al.***    **:**
           **Defendants.**     **:**

―――――――――――――――――――――――――**:**

**DECLARATION OF MATTHEW A. HAMERMESH**
**IN OPPOSITION TO DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

I, Matthew A. Hamermesh, hereby declare as follows:

1.      I am an attorney with the law firm of Hangley Aronchick Segal & Pudlin, and I represent Plaintiffs James Pavlichko, Sr. and James Pavlichko, Jr. in the above-captioned action.

2.      Attached hereto are true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| A. | Excerpts from Deposition of James Pavlichko, Jr., June 16, 2003 |
| B. | Excerpts from Deposition of James Pavlichko, Sr., June 16, 2003 |
| C. | Excerpts from Deposition of Thomas Green, July 23, 2003 |
| D. | Excerpts from Deposition of Nelson Yanez, July 25, 2003 |
| E. | Letter, James Pavlichko, Sr. to Superintendent/Director, April 16, 2002 |
| F. | Third Comprehensive Report re: James Pavlichko, The Glen Mills School, June 12, 2002 |

**G.** Transcript of Placement Review Hearing, <u>In re James Stephen Pavlichko, Jr</u>, Court of Common Pleas, Luzerne County, June 17, 2002

**H.** Excerpt from Tyler Hall Unit Log, May 14, 2002

**I.** Excerpt from Tyler Hall Unit Log, June 16, 2002

**J.** Report, Department of Public Welfare, June 7, 2002

**K.** Excerpts from Student Handbook, Glen Mills Schools

I declare under the penalty of perjury and under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Dated: September 9, 2003

_____
Matthew A. Hamermesh

## CERTIFICATE OF SERVICE

I, Matthew A. Hamermesh, hereby certify that on September 9, 2003, I caused a true and correct copy of the foregoing Declaration of Matthew A. Hamermesh in Opposition to Defendants' Motion for Summary Judgment to be served on the following by overnight mail:

> Edward M. Galang, Esquire
> Marshall, Dennehey, Warner, Coleman & Goggin
> One Montgomery Plaza, Suite 1002
> Norristown, PA  19401-4814
>
> Guy Vilim, Esquire
> Gold & Vilim
> 1608 Walnut Street
> Suite 1600
> Philadelphia, PA  19103

_____

Matthew A. Hamermesh