UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES S. PAVLICHKO, SR.<br>　　　　Plaintiff,<br><br>and<br><br>JAMES S. PAVLICHKO, JR.,<br>　A Minor Child<br>　　　　Plaintiff,<br><br>vs.<br><br>GLEN MILLS SCHOOL, COSIMO D.<br>FERRAINOLA, LARRY LAURENCE,<br>GREG FRAZIER, JIM WELSH,<br>TODD DONAHUE, T.J. GREEN,<br>AND NELSON YANEZ,<br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION #: 02-cv-02889<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### PLAINTIFFS' PROPOSED INTERROGATORIES TO THE JURY

Plaintiffs James S. Pavlichko, Sr. and James S. Pavlichko, Jr. submit the following Proposed Interrogatories to the Jury.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　HANGLEY ARONCHICK SEGAL & PUDLIN

Dated: October 6, 2003　　　　By: _/s/ Kathleen M. Laubenstein_
　　　　　　　　　　　　　　　　Bruce S. Haines
　　　　　　　　　　　　　　　　Kathleen M. Laubenstein
　　　　　　　　　　　　　　　　Matthew A. Hamermesh
　　　　　　　　　　　　　　　　One Logan Square, 27th Floor
　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　Telephone:  (215) 568-6200
　　　　　　　　　　　　　　　　Facsimile:  (215) 568-0300

　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

## PLAINTIFF'S PROPOSED JURY QUESTIONS

1. **Eighth Amendment:** Do you find by a preponderance of the evidence that defendant Glen Mills School, acting under color of state law, intentionally violated plaintiff James S. Pavlichko, Jr.'s constitutional right not to be subjected to cruel and unusual punishment?

    YES_____    NO_____

    Do you find by a preponderance of the evidence that defendant Thomas Green, acting under color of state law, intentionally committed acts that violated plaintiff James S. Pavlichko, Jr.'s constitutional right not to be subjected to cruel and unusual punishment?

    YES_____    NO_____

2. **Retaliation:** Do you find by a preponderance of the evidence that defendant Glen Mills School, acting under color of state law, intentionally took adverse action against plaintiff James S. Pavlichko, Jr. in retaliation for his exercise of his rights under the First Amendment of the United States Constitution?

    YES_____    NO_____

    Do you find by a preponderance of the evidence that defendant James Welsh, acting under color of state law, intentionally took adverse action against plaintiff James S. Pavlichko, Jr. in retaliation for his exercise of his rights under the First Amendment of the United States Constitution?

    YES_____    NO_____

    Do you find by a preponderance of the evidence that defendant Nelson Yanez, acting under color of state law, intentionally took adverse action against plaintiff James S. Pavlichko, Jr. in retaliation for his exercise of his rights under the First Amendment of the United States Constitution?

    YES_____    NO_____

3. **Assault:** Do you find by a preponderance of the evidence that defendant Thomas Green intended to put the plaintiff James S. Pavlichko, Jr. in reasonable and immediate fear of a harmful or offensive contact with his body, and that the plaintiff James S. Pavlichko, Jr., as a result of the defendant Thomas Green's actions, was put in reasonable and immediate fear of such harmful or offensive contact?

    YES_____    NO_____

4.  **Battery:** Do you find by a preponderance of the evidence that that the defendant Thomas Green intended to cause a harmful or offensive contact with the body of the plaintiff James S. Pavlichko, Jr., or that the defendant Thomas Green intended to put plaintiff James S. Pavlichko, Jr. in reasonable and immediate fear of a harmful or offensive contact with his body, and that the actions of defendant Thomas Green directly resulted in a harmful or offensive contact with the plaintiff James S. Pavlichko, Jr.'s body?

    YES_____     NO_____

5.  **Damages:** We award James S. Pavlichko, Jr. damages in the amount of:

    $_____
    (fill in the amount, or if you find that Pavlichko's damages have no monetary value, set forth a nominal amount such as $1.00)

5. **Punitive Damages:**

    We assess punitive damages against defendant Thomas Green in the amount of:

    $_____
    (fill in the amount, or if none, write the word "none")


    We assess punitive damages against defendant James Welsh in the amount of:

    $_____
    (fill in the amount, or if none, write the word "none")


    We assess punitive damages against defendant Nelson Yanez in the amount of:

    $_____
    (fill in the amount, or if none, write the word "none")

## CERTIFICATE OF SERVICE

I, Kathleen M. Laubenstein, hereby certify that on October 6, 2003, I caused a true and correct copy of the foregoing Plaintiffs' Proposed Interrogatories to the Jury to be served on the following by overnight delivery:

>Edward M. Galang, Esquire
>Marshall, Dennehey, Warner, Coleman & Goggin
>One Montgomery Plaza, Suite 1002
>Norristown, PA 19401-4814
>
>Guy Vilim, Esquire
>Gold & Vilim
>1608 Walnut Street
>Suite 1600
>Philadelphia, PA 19103

_____
Kathleen M. Laubenstein