IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES S. PAVLICHKO, SR., as guardian ad litem for minor child, JAMES S. PAVLICHKO, JR., Plaintiff | : : : : : : | NO. 2:02-cv-2889-WY |
| VS. | : : | |
| GLEN MILLS SCHOOL, COSIMO D. FERRAINOLA, DIRECTOR, LARRY LAURENCE, COUNSELOR, GREG FRAZIER, STAFF MEMBER, JIM WELSH, STAFF MEMBER, TODD DONAHUE, STAFF MEMBER, T.J. GREEN, STAFF MEMBER, MR. YANEZ, STAFF MEMBER, Defendants | : : : : : : : : : | |

<u>O R D E R</u>

AND NOW, this 7th day of October, 2003, it is hereby ORDERED that Defendants' Motion for Extension of Time to Complete Discovery, filed on July 11, 2003 (Document #33), is DISMISSED as moot since the scheduling deadlines were previously extended pursuant to this court's July 17, 2003 order.

It is so ORDERED.

BY THE COURT:


_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE


10/7/03 Copy via fax to:
Matthew A. Hamermesh, Esq.; Kathleen M. Laubenstein, Esq. (215-568-0300)
Edward M. Galang, Esquire (610-292-0410)