MARSHALL, DENNEHEY, WARNER,
 COLEMAN & GOGGIN                       Attorney for Defendants
BY:  Kate S. McGrath, Esquire
I.D. #56082
BY:  Edward M. Galang, Esquire
I.D.  #80958
Suite 1002, One Montgomery Plaza
Norristown, PA  19401
(610) 292-4473

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES S. PAVLICHKO, SR., | : Civil Action No. 02-CV-2889 |
| As guardian ad litem for a Minor Child, | |
| JAMES S. PAVLICHKO, JR. | : |
| | |
| VS. | : |
| | |
| GLEN MILLS SCHOOL, | : JURY OF 12 DEMANDED |
| COSIMO D. FERRAINOLA, DIRECTOR, | |
| LARRY LAURENCE, COUNSELOR, | : |
| GREG FRAZIER, STAFF MEMBER, | |
| JIM WELSH, STAFF MEMBER, | : |
| TODD DONAHUE, STAFF MEMBER, | |
| T.J. GREEN, STAFF MEMBER, | : |
| MR. YANEZ, STAFF MEMBER | |

CERTIFICATE OF SERVICE

     I, Edward M. Galang, Esquire, being duly sworn according to law, hereby certify that Defendants' Proposed Voir Dire, Proposed Points for Charge, and Proposed Jury Interrogatories was forwarded to all counsel of record on the below listed date and was sent via first class mail, postage prepaid to the last known address of other parties or their representatives.

                           MARSHALL, DENNEHEY, WARNER,
                           COLEMAN AND GOGGIN

     BY: _____
                          Edward M. Galang, Esquire
                          Attorney for Defendants
                          Glen Mills School, Cosimo D. Ferrainola,
                          Larry Laurence, Greg Frazier, Jim Welsh,
                          Todd Donahue, T.J. Green and Nelson Yanez

Date: _____