IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES S. PAVLICHKO, SR., as guardian ad litem for minor child, JAMES S. PAVLICHKO, JR., Plaintiff | : : : : : : | NO. 2:02-cv-2889-WY |
| VS. | : : | |
| GLEN MILLS SCHOOL, COSIMO D. FERRAINOLA, DIRECTOR, LARRY LAURENCE, COUNSELOR, GREG FRAZIER, STAFF MEMBER, JIM WELSH, STAFF MEMBER, TODD DONAHUE, STAFF MEMBER, T.J. GREEN, STAFF MEMBER, MR. YANEZ, STAFF MEMBER, Defendants | : : : : : : : : : | |

O R D E R

AND NOW, this *14th* day of *October*, 2003, it is hereby ORDERED that, upon consideration of Plaintiff's Motion in Limine to Exclude Evidence Concerning James S. Pavlichko Sr.'s Criminal Record or Incarceration and Defendants' response thereto, it is hereby ORDERED that the Motion is GRANTED.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE