IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
JAMES S. PAVLICHKO, SR.,            :      NO. 2:02-cv-2889-WY
as guardian ad litem for            :
minor child,                        :
JAMES S. PAVLICHKO, JR.,            :
          Plaintiff                 :
                                    :
          VS.                       :
                                    :
GLEN MILLS SCHOOL,                  :
COSIMO D. FERRAINOLA, DIRECTOR,     :
LARRY LAURENCE, COUNSELOR,          :
GREG FRAZIER, STAFF MEMBER,         :
JIM WELSH, STAFF MEMBER,            :
TODD DONAHUE, STAFF MEMBER,         :
T.J. GREEN, STAFF MEMBER,           :
MR. YANEZ, STAFF MEMBER,            :
          Defendants                :
```

O R D E R

AND NOW, this 15th day of October, 2003, it is hereby ORDERED that the Clerk of Court for the Eastern District of Pennsylvania be and he is hereby directed to furnish lunch for eight (8) jurors and one (1) deputy clerk engaged in the above-entitled case.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE

cc:  Fiscal Section (2)

10/15/03     Toni Wambold
Date         By Whom