IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES S. PAVLICHKO, SR., as guardian ad litem for minor child, JAMES S. PAVLICHKO, JR.,<br>　　　　Plaintiff<br><br>　　　　VS.<br><br>GLEN MILLS SCHOOL,<br>COSIMO D. FERRAINOLA, DIRECTOR,<br>LARRY LAURENCE, COUNSELOR,<br>GREG FRAZIER, STAFF MEMBER,<br>JIM WELSH, STAFF MEMBER,<br>TODD DONAHUE, STAFF MEMBER,<br>T.J. GREEN, STAFF MEMBER,<br>MR. YANEZ, STAFF MEMBER,<br>　　　　Defendants | : : : : : : : : : : : : : : : : | NO. 2:02-cv-2889-WY |

CIVIL JUDGMENT

AND NOW, this *15th* day of *October*, 2003, following jury trial before the undersigned on October 14 and 15, 2003, and in accordance with the verdict of the jury, it is

ORDERED that JUDGMENT be and the same is hereby entered in favor of defendants, Glen Mills School; Jim Welsh, Staff Member; and T.J. Green, Staff Member, and against the plaintiff, James S. Pavlichko, Sr., as guardian ad litem for minor child, James S. Pavlichko, Jr.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE

Civ 1 (8/80)